UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :

                                                  :          CRIMINAL NO. 16-448

                                                  :

v.

                                                  :          ORDER

                                                  :

SAMUEL VINCENT                         :

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this \_\_\_\_20th\_\_\_\_ day of \_\_April\_\_, 2017,

ORDERED that _____Leticia Olivera_____from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

                                                            Michael A. Hammer
                                                           United States Magistrate Judge